Alan H. Rothstein, City Atty., Sidney B. Shapiro, Asst. City Atty., Miami, Fla., for respondents-appellants.

Theodore R. Gibson, II, Bruce S. Rogow, Miami, Fla., for plaintiff-appellee.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

The order of the district court granting habeas corpus relief to the appellee is affirmed.[1] Argersinger v. Hamlin, 1972, 407 U.S. 25, 92 S.Ct. 2006, 32 L.Ed.2d 530.

Charles Cleveland BUSH, Petitioner-Appellee,

v.

Bernard E. GARMIRE, Chief of Police of the City of Miami, Fla., Respondent-Appellant.

No. 71–3540.

United States Court of Appeals,
Fifth Circuit.

Aug. 1, 1972.

Rehearing Denied Aug. 28, 1972.

Alan H. Rothstein, City Atty., Sidney B. Shapiro, Asst. City Atty., Miami, Fla., for respondent-appellant.

Bruce S. Rogow, Miami, Fla., for petitioner-appellee.

Before BELL, DYER and CLARK, Circuit Judges.

1. It is appropriate to dispose of this case summarily. See Groendyke Transport, Inc. v. Davis, 5 Cir., 1969, 406 F.2d 1158.

1. It is appropriate to dispose of this case summarily. See Groendyke Transport, Inc. v. Davis, 5 Cir., 1969, 406 F.2d 1158.

PER CURIAM:

The order of the district court granting habeas corpus relief to the appellee is affirmed.[1] Argersinger v. Hamlin, 1972, 407 U.S. 25, 92 S.Ct. 2006, 32 L.Ed.2d 530.

M. McGOVERN et al., Plaintiffs-Appellants,

v.

NEW ORLEANS CLERKS & CHECKERS, LOCAL NO. 1497, ILA, et al., Defendants-Appellees.

No. 72–1645
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Aug. 11, 1972.

Gilbert P. Cohen, Gretna, La., for plaintiffs-appellants.

Victor H. Hess, Jr., New Orleans, La., for defendants-appellees.

Before JOHN R. BROWN, Chief Judge, and GOLDBERG and MORGAN, Circuit Judges.

PER CURIAM:

We conclude that the judgment of the district court in this matter is correct. See McGovern et al. v. New Orleans Clerks and Checkers, Local 1497 et al., E.D.La., 1972, 343 F.Supp. 351.

Affirmed.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.